UTILITY CONSTRUCTION CO., ETC., APPELLANT, v. BOROUGH OF SOUTH RIVER, ETC., RESPONDENT.

Submitted October 31, 1947—Decided January 29, 1948.

For the appellant, *Edmund A. Hayes* and *John T. Keefe.*

For the respondent, *George L. Burton* and *Stanley S. Dickerson* (*Baruch S. Seidman,* of counsel).

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—The Chancellor, Bodine, Donges, Wachenfeld, Eastwood, Burling, Wells, Dill, Freund, McLean, Schettino, JJ. 11.

*For reversal*—None.